UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHANIE KELLEY, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 3:21-cv-2003 |
| | § | |
| FINE DINING CLUB, INC., et al., | § | |
| | § | |
| *Defendants*. | § | |

### DISMISSAL ORDER

The Court has been advised that the parties in the captioned matter have reached a settlement agreement. [Doc. No. 16]. In accordance with the Court's prior order [Doc. No. 17], the Court **DISMISSES WITHOUT PREJUDICE** all claims by all parties. Each party shall bear its own costs.

**IT IS SO ORDERED** this 5th day of April, 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE